IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAVELL D. FLY, | ) |
| Plaintiff, | ) 4:09CV3194 |
| v. | ) |
| SOCIAL SECURITY ADMINISTRATION and STEVEN L. CRAVENS, | ) ORDER |
| Defendants. | ) |

This matter is before the court on plaintiff's motion to proceed in forma pauperis. Filing No. 2. Pursuant to 28 U.S.C. § 1915, the court has carefully reviewed the motion and finds it should be granted.

THEREFORE, IT IS ORDERED that plaintiff's motion to proceed in forma pauperis, Filing No. 2, is granted.

DATED this 17th day of September, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge