IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAVELL D. FLY, | ) | |
| Plaintiff, | ) | 4:09CV3194 |
| v. | ) | |
| SOCIAL SECURITY ADMINISTRATION and STEVEN L. CRAVENS, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court sua sponte. The plaintiff has filed a complaint in this case, Filing No. 1, and the court has granted plaintiff's request to proceed in forma pauperis, Filing No. 4. The Court shall now direct the Clerk of Court to issue summons and USM285 forms to the plaintiff.

THEREFORE, IT IS ORDERED that the Clerk of Court shall send four summonses and four USM285 forms to the plaintiff.

DATED this 29th day of January, 2010.

.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge